#1422179, James V Allred Unit
2101 FM 369 North
Iowa Park, Texas

40,811-02

Court of Criminal Appeals of Texas
Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas 78711

Tues. 12/22/14
11:30 Am

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 02 2015
Abel Acosta, Clerk

In RE: AMADO H. AGUILAR — V. THE STATE OF TEXAS
on Cause No. 57-88 A1., filed November 18, 2014.

Dear Mr. Acosta, Sir!

In recent days. I mailed out two (2) separate letters to you dated for: Thurs. 12/11/2014 AND Tues. 12/16/2014 regarding To Applicants Application for Writ of Habeas Corpus seeking relief from a Final felony Conviction on case No. 57-88, under The Texas Code of Criminal procedure, Art. 11.07.

Application was mailed out to, 2nd 25th District Court of Colorado County, Texas at 400 Spring Street, Room 210 E — Columbus, Texas 78934

This Application was mailed out Toma HARVEY HOWSTON, District Clerk, Colorado County by Certified mail: 7013 0600 0000 5190 5627 attacking my 1989 Conviction, on or about May 3rd, 1989. on Cause No. 57-88.

This Conviction for May 3rd, 1989 was used for Enhancement purposes on Cause No. 06-138 At, which Convicted me in January 23, 2007 (running concurrently) as a Habitual offender.

I filed a separate Application for Writ of Habeas Corpus on Cause No. 06-138 At which was filed for Dec. 16, 2013. That Application was Denied without

1.

A written order and without a Hearing—April 2, 2014 by your Court, IN RE WRIT NO. WR—80,811—01 to 11.07 Case No. 06-138A

please do find; AND SEEK FOR:

1. Application For WRIT of HABEAS CORPUS seeking Relief from A Felony Conviction, under CODE of Criminal procedure, 11.07 on Case No. 57-88 AND Assigned number to 57-88A1, filed supposedly November 18, 2014.

2. States Answer in Opposition to Applicants Application for WRIT OF HABEAS Corpus, filed Dec. - 3, 2014

3. Applicants Response AND OBJECTIons to THE STATES ANSWER IN Opposition to Applicants Application For WRIT OF HABEAS Corpus, on Case No. 57-88A1., filed Dec - 11, 2014

4. CLERKS CERTIFICATE OF NOTIFICATION OF Application of HABEAS Corpus, prepared For December 17th, 2014 AS of December 08, 2014 AS I explained to you on my Second letter For Tues. 12/16/2014. Also please find

5. CLERKS RECORD — volume 1 of 1, IN The 2nd 25th DISTRICT COURT of Colorado County, Texas Honorable W.C. KIR Kendall, Judge presiding

   Amado HERNANDEZ AGUILAR, PlaintiFF

   VS.

   THE STATE OF TEXAS

Appealed to The COURT OF Criminal Appeals of Texas—

2.

OF AUSTIN, TEXAS.
ATTORNEY FOR APPELLANT(S): PRO SE
NAME AMADO - HERNANDEZ AGUILAR #1422179
Address: James U. ALLRED UNIT, 2101 FM 369 N,
Iowa Park, TX 76367-6568
Telephone NO. _____
FAX NO. _____
SBOT NO. _____

DELIVERED TO THE COURT OF CRIMINAL APPEALS, AT AUSTIN,
TEXAS ON THE 17th day OF December, 2014

HARVEY VONSAND
CLERK, 25th DISTRICT Court
COLORADO COUNTY, TEXAS

By: _____
        SIGNATURE
        DEPUTY

LET IT ME KNOWN FOR THE RECORD when viewing my
11.07 APPLICATION ON CASE NO. 57-88 A1 —
EXHIBIT-6. The Judgment of CONVICTION FOR
May 3rd, 1989.
THE ATTORNEY FOR THE STATE Then was W.C.-
KIRKENDALL who is now, The presiding Judge:
W.C. KIRKENDALL, found in The Clerks RECORD —
Volume 1 OF 1.

IN The Texas Legal DIRECTORY (2010)
you will Find him AS: 25-2- William c. (Bud)
KIRKENDALL (R), SUITE 102, 113 S. River ST,
Seguin, Tex. 78155
(830) 303-4188, EXT. 300,
FAX. 303-0847.

3

TEXAS CODE OF CRIMINAL PROCEDURE:

ART. 1.04 DUE COURSE OF LAW

No CITIZEN of THIS STATE shall be deprived of Life, Liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the Law of the Land.

ART. 1.08 : HABEAS CORPUS.
The WRIT OF HABEAS Corpus is a WRIT OF Right and shall never be suspended.

Acts 1965, 59th Leg., Vol 2, p. 317, ch. 722 - eff. Jan 1, (1966)

TEXAS CONSTITUTION.

ART. 1. SEC. 12. HABEAS CORPUS,
The WRIT OF HABEAS CORPUS is a WRIT OF Right, and shall never be suspended. The legislature shall enact laws to render the remedy speedy and effectual.

ART. 1. SEC. 29 PROVISIONS OF BILL OF RIGHTS excepted from powers of government, to forever remain inviolate, to guard against Transgressions of the Higher powers herein delegated.
We declare that everything in This Bill of Rights is excepted out of the General powers of Government and shall forever remain inviolate, And all laws contrary thereto or to the following —

4

—provisions: shall be void.

INMATE DECLARATION

I, AMADO-HERNANDEZ AGUILAR, being presently incar-cerated at, The James V. Allred Unit, 2101 FM 369 N, Iowa Park, Texas 76367-6568, do Declare under the penalty of perjury that this 12/22/14 letter addressed to the COURT of CRIMINAL APPEALS OF TEXAS, Abel ACOSTA, Clerk is TRUE and correct to two (2) separate application(s) for the 11.07 writ on case no. 57-88 A1 ATTACKING conviction on cause No. 06-138A as a Habitual offender-running concurrently to a (65) Aggravated years. in TDC-J. as of 1-23-2007.

Signed on <u>December</u>, 22, 2014.

<u>Amado-Hernandez : Aguilar</u>
Signature of Applicant on Trial case No. 57-88

CERTIFICATE OF SERVICE

I, hereby certify that on this <u>December</u>, 22, 2014 an original letter dated for Tues. 12/22/14 was delivered to Mr. Abel ACOSTA by FIRST class pre-paid postage to the following:

1. COURT OF CRIMINAL APPEALS OF TEXAS
Abel ACOSTA/Clerk
P.O. Box 12308
Austin, Texas 78711

Please do Receive And <u>File</u> this letter for the record.
Thank you,

Carbon Copy                    5                    1:34 pm